UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                 Case No. 16-20006

                                                  Hon. Victoria A. Roberts

PATRICK PINCHOT,

    Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 28)**

    Defendant Patrick Pinchot filed a Motion to Suppress Evidence. The matter was referred to Magistrate Judge David R. Grand pursuant to 28 U.S.C. §636(b)(1)(B). On April 28, 2016, Magistrate Judge Grand submitted a report and recommendation recommending Pinchot's Motion be **DENIED**.

    Neither party filed objections within the time frame provided for in 28 U.S.C. §636(b)(1) and E.D. Mich. LR 72.1(d).

    A United States District Court Judge may refer certain dispositive pretrial motions to a United States Magistrate Judge for submission of proposed findings of fact and a recommendation. 28 U.S.C. § 636(b)(1)(B). This Court may accept, reject, or modify in whole or in part, the proposed findings and recommendations. 28 U.S.C. §636(b)(1)(C). The statute does not require review, by either the district court or the court of appeals, of any issue that is not the subject of an objection. *See, Thomas v. Arn*, 474 U.S. 140, 149 (1985).

    Magistrate Judge Grand thoroughly lays out the facts in his R&R. He also

applies relevant case law and gives well reasoned explanations for his conclusions.

The Court **ADOPTS** the Magistrate Judge's Report and Recommendation.

**IT IS ORDERED**.

                                                  S/Victoria A. Roberts
                                                  Victoria A. Roberts
                                                  United States District Judge

Dated:  May 20, 2016

| |
|---|
| The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on May 20, 2016.<br><br>S/Carol A. Pinegar<br>Deputy Clerk |